UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
501 I STREET, ROOM 4-200
SACRAMENTO, CALIFORNIA 95814



May 3, 2007

Clerk, US District Court
USDC - Northern District of CA
P. O. Box 36060
San Francisco, CA 94102

Re:   USA v. Paul Paris
      CR. S-07-0075 FCD

E-filing

CR 07   0293
JSW

Dear Sir/Madam:

    Pursuant to the Consent to Transfer Case for Plea and Sentence under Rule 20 having been filed in this district, the following documents are herewith forwarded for your records:

    __X__          CERTIFIED COPY OF INDICTMENT

    __X__          CERTIFIED COPY OF THE CONSENT TO TRANSFER

    __X__          CERTIFIED COPY OF THE DOCKET SHEET

    Please acknowledge receipt of the above documents on the photocopy of this letter and return in the enclosed self-addressed stamped envelope.

    Very truly yours,

Victoria C. Minor, Clerk of Court

By:    __/s/ M. Marciel__
        M. Marciel, Deputy Clerk


Date Received: _____

Deputy Clerk: _____

New Case Number: _____

1  McGREGOR W. SCOTT
   United States Attorney
2  MICHELLE RODRIGUEZ
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700



FILED

MAR - 1 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

                          2 07 - CR - 0075 RD

11  UNITED STATES OF AMERICA,    )   CR. NO.
                                 )
12              Plaintiff,       )   VIOLATIONS: 18 U.S.C. §§
                                 )   2113(a) and (d) - Armed Credit
13       v.                      )   Union Robbery; 18 U.S.C. §
                                 )   924(c)(1) - Use and Carrying a
14  PAUL PARIS,                  )   Firearm During a Crime of
                                 )   Violence; 18 U.S.C. §
15              Defendant.       )   922(g)(1) - Felon in
                                 )   Possession of a Firearm
16  _____

17                    I N D I C T M E N T

18  COUNT ONE: [18 U.S.C. §§ 2113(a) and (d) - Armed Credit Union
                Robbery]

    I hereby certify that the annexed
    instrument is a true and correct copy of
    the original on file in my office.
    ATTEST: VICTORIA C. MINOR
    Clerk, U.S. District Court
    Eastern District of California
    By _____
                Deputy Clerk
    Dated: May 3, 2007

20       1.  The Grand Jury Charges:  T H A T

21                      PAUL PARIS,

22  defendant herein, on or about February 15, 2007, in the City of

23  Folsom, County of Sacramento, State and Eastern District of

24  California, did by force, violence and intimidation take from the

25  person and presence of an employee of the Provident Credit Union,

26  2475 Iron Point Road, Folsom, California, approximately $2,970

27  belonging to and in the care, custody, control, management and

28  possession of said credit union, the accounts of which were then

                              1

```
 1  and there insured by the National Credit Union Administration
 2  Board, in violation of Title 18, United States Code, Section
 3  2113(a).
 4       2.   The Grand Jury further charges that in committing the
 5  offense described in paragraph 1 of Count One of this Indictment,
 6  the defendant did assault and place in jeopardy the life of an
 7  employee of said credit union by the use of a dangerous weapon,
 8  that is, a .22 caliber rifle, to wit: a Kassnar Imports .22 semi-
 9  automatic, serial number A074496, in violation of Title 18, United
10  States Code, Sections 2113(a) and (d).
11  COUNT TWO:   [18 U.S.C. § 924(c)(1) - Use and Carrying a Firearm
                  During a Crime of Violence]
12
13       The Grand Jury further charges:   T H A T
14                         PAUL PARIS,
15  defendant herein, on or about February 15, 2007, in the County of
16  Sacramento, State and Eastern District of California, did knowingly
17  use and carry a firearm, that is, a .22 caliber rifle, to wit:
18  during and in relation to a crime of violence for which said
19  defendant may be prosecuted in a court of the United States, that
20  is, armed credit union robbery, as alleged in Count One of this
21  Indictment, which is incorporated herein by reference, all in
22  violation of Title 18, United States Code, Section 924(c)(1).
23  COUNT THREE:  [18 U.S.C. § 922(g)(1) - Felon in Possession of a
                  Firearm]
24
25       The Grand Jury further charges:   T H A T
26                         PAUL PARIS,
27  defendant herein, on or about February 15, 2007, in the County of
28  Sacramento, State and Eastern District of California, having been
```

1  convicted of a crime punishable by imprisonment for a term
2  exceeding one year, to wit:  in the Eastern District of California,
3  on or about April 23, 1993, of armed bank robbery in violation of
4  18 U.S.C. §§ 2113(a) and (d), did knowingly possess a firearm, that
5  is, a .22 caliber rifle, to wit: a Kassnar Imports .22 semi-
6  automatic, serial number A074496, which had been shipped and
7  transported in interstate and foreign commerce, in violation of
8  Title 18, United States Code, Section 922(g)(1).

A TRUE BILL.



/s/ Signature on file w/AUSA

McGREGOR W. SCOTT
United States Attorney

3

No. _____

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

---

### THE UNITED STATES OF AMERICA
vs.

PAUL PARIS,

---

## INDICTMENT

**VIOLATION(S):** 18 U.S.C. §§ 2113(a) and (d) - Armed Credit Union Robbery; 18 U.S.C. § 924(c)(1) - Use and Carrying a Firearm; 18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm

---

A true bill,

/S/

2 07 - CR - 0 0 7 5 RD

_____
Foreman.

Filed in open court this  1st  day

of  MARCH , A.D. 20 07

_____
NIC CANNADOLL  Clerk.

Bail, $  Ø

Bench Warrant to issue

GPO 863 525

march 1, 2007

**INDICTMENT**                    <u>PENALTY SLIP</u>

**PAUL PARIS**

**COUNT ONE:**     18 USC §§ 2113(a) and (d) - Armed Credit Union Robbery

**PENALTY FOR COUNT 1:**    Not more than 25 years imprisonment,
Not more than $250,000 fine, or both,
Term of 5 years supervised release;
Restitution

**COUNT TWO:**     18 USC § 924(c)(1) - Use and Carrying a Firearm During a Crime of Violence

**PENALTY FOR COUNT 2:**    Minimum 5 years consecutive imprisonment,
$250,000 fine, or both,
Term of 3 years supervised release;
Restitution

**COUNT THREE:**     18 USC § 922(g)(1) - Felon in Possession of a Firearm

**PENALTY FOR COUNT 3:**    Not more than 10 years imprisonment,
Not more than $250,000 fine, or both
Term of 3 years supervised release;
Restitution; Forfeiture

**ASSESSMENT:**    $100.00 for each count.

2 07 - CR - 0 0 7 5 RD

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION — IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING INFORMATION  ☐ SUPERSEDING

Name of District Court, and/or Judge Magistrate Location (city):
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO, CALIFORNIA**

### OFFENSE CHARGED
Armed Credit Union Robbery; Use and Carrying a Firearm; Felon in Possession of a Firearm

☐ Petty  ☐ Minor  ☐ Misdemeanor  ☒ Felony

Place of Offense: Sacramento County
USC Citations: 18/2113(a) and (d) 18/924(c)(1); 18/922(g)(1);

**DEFENDANT — U.S. vs.**
**PAUL PARIS**

Address: Lompoc Prison (transient)

Birth Date: 8/1/1952   ☒ Male  ☐ Female  ☐ Alien (if applicable)

(Optional unless a juvenile)

### PROCEEDING
Name of Complainant Agency, or Person (& Title, if any): **FBI**

☐ this person is awaiting trial in another Federal or State Court, give name of court.

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of: ☐ U.S. Att'y ☐ Defense  SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceeding or appearance(s) before U.S. Magistrate regarding this defendant were recorded under  MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: MARCUS KNUTSON, SA, Tel. 481-9110
☐ U.S. Att'y  ☒ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): MICHELLE RODRIGUEZ, AUSA

### DEFENDANT
**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

2:07-CR-0075 RD

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction  ☒ Fed'l  ☐ State
6) ☐ Awaiting trial on other charges — If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date

DATE OF ARREST: Mo. / Day / Year
Or ... If arresting Agency & Warrant were not Federal
DATE TRANSFERRED TO U.S. CUSTODY: Mo. / Day / Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS
In Federal Custody on other charges IN ND/CA; Detained w/o Bail; Bench Warrant - REQUESTED IN ED/CA; Detention/Bail determined at Initial Appearance.

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

———oOo———

UNITED STATES OF AMERICA
v.

PAUL PARIS

CR. NO. 2:07-CR-0075-FCD

F.R.C.P. 20 CONSENT TO TRANSFER OF CASE FOR GUILTY PLEA AND SENTENCE

I, defendant __PAUL PARIS__, have been informed that an __INDICTMENT__ is pending against me in the above designated cause.

HEREBY, with the advice of counsel, I freely and voluntarily wish to plead guilty fully as charged to Count One in the __INDICTMENT__ and fully as charged to Count Two in the __INDICTMENT__, I wish to consent to disposition of the case in the __NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)__ in which I am presently __HELD__, and I further wish to waive trial and sentencing in the above captioned __EASTERN DISTRICT OF CALIFORNIA__.

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: **VICTORIA C. MINOR**
Clerk, U. S. District Court
Eastern District of California

By /s/
Deputy Clerk

Dated: April 25, 2007          Dated: May 3, 2007

_Paul Paris_
PAUL PARIS, DEFENDANT

WITNESS (print full name, title, relationship, address)

_/s/ Jeffrey Hansen_
GEOFFREY A. HANSEN, COUNSEL FOR DEFENDANT

Approved

McGregor W. Scott, U.S. Attorney
Michelle Rodriguez, Assistant U.S. Attorney
for the __EASTERN DISTRICT OF CALIFORNIA__

_/s/ Michelle Rodriguez_  4/27/07
AUSA

Scott N. Schools, U.S. Attorney
Andrew P. Caputo, Assistant U.S. Attorney
for the __NORTHERN DISTRICT OF CALIFORNIA__

_Andrew Caputo_  4/26/07

FORM USA-153
SEP 82

Form No. USA-18
(Rev. 6-1-63)

# RULE 20--TRANSFER NOTICE

| TO: | DISTRICT | DATE |
|---|---|---|
| AUSA Michelle Rodriguez | EDCA | April 26, 2007 |
| **NAME OF SUBJECT** | **STATUTE VIOLATED** | **FILE DATA (Initials and Number)** |
| Paul Paris | 18 U.S.C. §§ 2113, 924 | 2:07-CR-0075-FCD |

## PART A--DISTRICT OF ARREST

☐ The above-named subject has been apprehended in this jurisdiction and indicates amenability to Rule 20 disposition of the charges pending against him in your district. Kindly indicate whether you are agreeable to Rule 20 disposition and forward two certified copies of indictment or information if any.

☐ Enclosed is certified copy of waiver of indictment executed by defendant. Kindly file criminal information and forward two verified copies thereof.

☒ Enclosed is Consent to Transfer form executed in duplicate (one copy for your files) by defendant and the United States Attorney in the district of arrest. Kindly add your consent and have the Clerk of your district transmit the papers in the proceedings or certified copies thereof to the Clerk of the Court in this district in accordance with Rule 20.   Docket No. 2:07-CR-0075-FCD

☐ Other (Specify):

☐ The above-named defendant entered a plea of guilty under Rule 20.

DATE OF PLEA            DATE OF SENTENCE            SENTENCE

| FROM (Signature and Title) | ADDRESS |
|---|---|
| Andrew Caputo, AUSA | U.S. Attorney's Office, 450 Golden Gate Ave. San Francisco, CA 94102 |

## PART B--DISTRICT OF OFFENSE

☒ I am agreeable to Rule 20 disposition.

☐ I am not agreeable to Rule 20 disposition. Defendant's appearance is desired at _____ on _____ at _____ o'clock.
(Kindly notify me of any anticipated delay.)

☐ Enclosed are two certified copies of Indictment or information. Docket No. _____

☐ Please have defendant execute waiver of indictment.

☐ Other (Specify):

| SIGNATURE (Name and Title) | DISTRICT | DATE |
|---|---|---|
| Michelle Rodriguez | EDCA | April 27, 2007 |

See United States Attorneys Manual, Title 2, pp. 11-18.2 and United States Attorneys Bulletin (Appendix) Vol. 9, No. 20, October 6, 1961, for an explanation of procedures under Rules 7 and 20, Federal Rules of Criminal procedure. See also Title 4, p.44.1; United States Attorneys Manual.

Computer generated 7/00

**U.S. District Court**
**Eastern District of California - Live System (Sacramento)**
**CRIMINAL DOCKET FOR CASE #: 2:07-cr-00075-FCD-ALL**
**Internal Use Only**

Case title: USA v. Paris                                Date Filed: 03/01/2007

Assigned to: Judge Frank C. Damrell, Jr

**Defendant**

**Paul Paris** (1)

| **Pending Counts** | **Disposition** |
|---|---|
| ARMED CREDIT UNION ROBBERY (1) | |
| USE AND CARRYING FIREARM DURING A CRIME OF VIOLENCE (2) | |
| FELON IN POSSESSION OF FIREARM (3) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

*I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.*
ATTEST: **VICTORIA C. MINOR**
Clerk, U. S. District Court
Eastern District of California
By [signature]    Deputy Clerk
Dated: May 3, 2007

**Plaintiff**

USA                     represented by   **Michelle Rodriguez**
                                          United States Attorney's Office
                                          501 I Street
                                          Suite 10-100
                                          Sacramento, CA 95814
                                          (916) 554-2700
                                          Fax: (916) 554-2900
                                          Email: Michelle.Rodriguez@usdoj.gov
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/01/2007 | 1 | INDICTMENT as to defendant Paul Paris (1) Counts 1, 2, 3. (Marciel, M) (Entered: 03/01/2007) |
| 03/01/2007 | 2 | AO257 (Sealed) as to defendant Paul Paris.(Marciel, M) (Entered: 03/01/2007) |
| 03/01/2007 | 3 | **ARREST WARRANT ISSUED by *Edmund F. Brennan * as to Paul Paris. Bail fixed at *$NO BAIL* Charging Document: Indictment ** Title *18* Section *2113 (a)* re *Armed Credit |

| | | |
|---|---|---|
| | | Union Robberty* (Marciel, M) (Entered: 03/01/2007) |
| 03/08/2007 | 4 | ARREST WARRANT RETURNED Executed on 03/01/07 as to Paul Paris. (Manzer, C) (Entered: 03/08/2007) |
| 04/27/2007 | 5 | NOTICE *F.R.C.P. 20 Consent to Transfer of Case For Guilty Plea and Sentence for the Eastern District of California* by USA as to Paul Paris. (Rodriguez, Michelle) (Entered: 04/27/2007) |
| 04/30/2007 | 6 | NOTICE 5 *of Rule 20 Transfer Notice by Assistant U.S. Attorney Rodriguez* as to Paul Paris. (Rodriguez, Michelle) Modified on 5/1/2007 (Marciel, M). (Entered: 04/30/2007) |
| 05/03/2007 | 7 | TRANSMITTAL of DOCUMENTS for 6 Notice of FRCrP 20 Consent to Transfer and 5 Notice of Rule 20 Transfer to USDC - Northern District of CA. (Marciel, M) (Entered: 05/03/2007) |