SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CABN 138549)
Chief, Criminal Division

ANDREW P. CAPUTO (CABN 203655)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, CA 94102
   Telephone: 415-436-7004
   Facsimile: 415-436-7234
   Email: andrew.caputo@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>         Plaintiff, <br><br>    v. <br><br> PAUL PARIS, <br><br>         Defendant. | No. CR 07-0111 CRB <br> [Filed March 1, 2007] <br><br> NOTICE OF RELATED CASE <br> IN A CRIMINAL ACTION <br><br> (San Francisco Venue) |
| UNITED STATES OF AMERICA, <br><br>         Plaintiff, <br><br>    v. <br><br> PAUL PARIS, <br><br>        Defendant. | No. CR 07-0293 JSW <br> [Filed May 11, 2007] <br><br> NOTICE OF RELATED CASE <br> IN A CRIMINAL ACTION <br><br> (San Francisco Venue) |

    Pursuant to Criminal Local Rule 8-1, the United States hereby notifies the Court that the two above-captioned criminal cases are related. The earlier of the two cases (No. CR 07-0111 CRB) charges defendant Paul Paris in two bank robberies that occurred in the Northern District of California on February 9, 2007, and February 14, 2007, respectively. The second-filed of the

NOTICE OF RELATED CASES
U.S. v. PARIS

1  two cases (No. CR 07-0293 JSW) charges defendant with a third bank robbery and with using
2  and carrying a firearm while committing that third bank robbery, which occurred in the Eastern
3  District of California on February 15, 2007.  This latter case was recently transferred to this
4  District pursuant to Federal Rule of Criminal Procedure 20.
5        Both of the above-captioned cases concern the same defendant and bank robberies which
6  occurred within a single week last February.  If the cases were heard by different judges, they
7  likely would create a substantial duplication of labor by the two judges.  Accordingly, the cases
8  are related within the meaning of Criminal Local Rule 8-1(b)(2).  Pursuant to the requirement at
9  Criminal Local Rule 8-1(c)(4), the United States states that assignment of these cases to a single
10 judge is likely to conserve judicial resources and promote an efficient determination of each
11 action.
12       Defendant's counsel, Chief Assistant Public Defender Geoffrey A. Hansen, has
13 previously stated in open court that he believes these two cases should be related.
14
15 DATED: May 14, 2007                    Respectfully submitted,
16                                        SCOTT N. SCHOOLS
                                          United States Attorney
17
18
19                                        _____/s/_____
                                          ANDREW P. CAPUTO
                                          Assistant United States Attorney
20

NOTICE OF RELATED CASES
U.S. v. PARIS