**UNITED STATES DISTRICT COURT**    **THE HONORABLE CHARLES R. BREYER**
**NORTHERN DISTRICT OF CALIFORNIA**    Courtroom Clerk: **Barbara Espinoza**

<u>**CRIMINAL PRETRIAL MINUTES**</u>

Date: **May 16, 2007**

Reporter**: Joan Columbini**

**Case No: CR-07-0111-CRB**          **DEFT:**   **PAUL PARIS**
                                     (X)Present

AUSA:  Drew Caputo                DEF ATTY:  Geoffrey Hansen

**REASON FOR HEARING**   Change of Plea

**RESULT**  The Court relates CR-07-0293JSW to CR-07-0111CRB and continues the matters.

Time excluded from 5/16/2007 to 5/23/2007, government to prepare order for Court's approval.

Motions (if any) to be filed
Motions to be noticed to be heard no later than            otherwise, they will be deemed to be waived.

**Case Continued to** May 23, 2007 @ 2:15 p.m.    **for** Change of Plea

**JUDGMENT**

Notes:   Defendant remanded to custody