| | |
|---|---|
| **UNITED STATES DISTRICT COURT** <br> **NORTHERN DISTRICT OF CALIFORNIA** | **THE HONORABLE CHARLES R. BREYER** <br> Courtroom Clerk: **Barbara Espinoza** |

**CRIMINAL PRETRIAL MINUTES**

Date: **May 23, 2007**

Reporter: **Juanita Gonzalez**

Case No: **CR-07-0293-CRB**

AUSA: **Drew Caputo**

**FILED**

MAY 2 3 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEFT: **PAUL PARIS**
(X)Present

DEF ATTY: **Geoffrey Hansen**

**REASON FOR HEARING**   Change of Plea

**RESULT**  defendant placed under oath, enters a plea of guilty as to counts 1 and 2 of the indictment. The Court accepts the plea and the defendant is adjudged guilty.

Motions (if any) to be filed _____
Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to** August 29, 2007 @9:30 a.m.  **for** Judgment and Sentence

**JUDGMENT** _____

Notes:  defendant remanded to custody