SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

ANDREW P. CAPUTO (CASBN 203655)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-7004
    Fax:  (415) 436-7234
    Email: andrew.caputo@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0293 CRB |
|     Plaintiff, | **NOTICE OF ADDITION OF COUNSEL** |
| v. | |
| PAUL PARIS, | |
|     Defendant. | |

The United States Attorney's Office hereby files this Notice of Addition of Counsel to advise the court that Assistant United States Attorney Andrew Caputo is assigned to this case.  Accordingly, please have future ECF notices sent to AUSA Andrew Caputo at the email address of andrew.caputo@usdoj.gov.

DATED: August 23, 2007          Respectfully submitted,

                                        SCOTT N. SCHOOLS
                                        United States Attorney


                                        _____/s/_____
                                        ANDREW CAPUTO
                                        Assistant United States Attorney