UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

THE HONORABLE CHARLES R. BREYER
Courtroom Clerk: Barbara Espinoza

**CRIMINAL PRETRIAL MINUTES**

FILED

AUG 29 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Date: **August 29, 2007**

Reporter: **Starr Wilson**

Case No: **CR-07-0293-CRB**

DEFT: **PAUL PARIS**
(X)Present

AUSA: Drew Caputo
USPO: Constance Cook

DEF ATTY: Geoffrey Hansen

**REASON FOR HEARING** Judgment and Sentence

**RESULT** Defendant is sentenced. The Court dismisses the probation violation charges in CR-92-0529MHP

Motions (if any) to be filed _____
Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to** _____ **for** _____

**JUDGMENT** seventy-eight (78) months on count one, eighty-four months on count 2 to run consecutive to count one and concurrent with counts one and two in CR-07-0111CRB upon release to five (5) years supervised release to run concurrent with CR-0-0111CRB under the standard and additional conditions set forthwith. Assessment fee: $200.00; Fine: waived; Restitution: ; The Court recommends defendant be placed in a BOP facility in Rochester, MN. Defendant to be placed in Dublin awaiting his designation.

Notes: defendant remanded to custody